# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:    (212) 248-7908



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 2 3 2008

June 20, 2008

**MEMO ENDORSED**

Via Fax: (212) 805-0426
Honorable Laura Taylor Swain, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   1. *Rubinstein v. Department Stores National Bank*, SDNY, No. 08-cv-1596(LTS)
      2. *Rubinstein v. Department Stores National Bank*, SDNY, No. 08-cv-4843(LTS)

Dear Judge Swain:

My office represents the Plaintiff in the above-referenced cases brought under the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*, which have been marked as related.

Today is the parties' deadline for submitting a Preliminary Pre-Trial Statement before the Initial Conference scheduled for June 27, 2008. The parties have not yet had an opportunity to prepare the Statement because I have just finished a grueling schedule of trying four matters in three weeks. Therefore, with the consent of defense counsel, I am requesting an extension until Tuesday, June 24, 2008 to submit the Statement.

*The request is granted.*

Respectfully,

Brian L. Bromberg

SO ORDERED.

6/20/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc:   Lisa Simonetti, Esq. (Via Fax: 310-556-5800)
      Anton Mikel, Esq. (Via Fax: 212-806-2680)
      Harley Schnall, Esq. (Via Fax: 212-678-0322)