# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 08-cv-4843(LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Valerie Rubinstein

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/26/2008 | */s/ Harley Schnall* |
| Date | Signature |

Harley J. Schnall                                     HS 7341
Print Name                                            Bar Number

711 West End Avenue
Address

New York            NY              10025
City                State           Zip Code

(212) 678-6546                      (212) 678-0322
Phone Number                        Fax Number