UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE RUBINSTEIN, Plaintiff,

-v-

DEPARTMENT STORES NATIONAL BANK, Defendant.

Case No. 08-CV-4843

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Department Stores National Bank (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. Citigroup, Inc.

Date: July 23, 2008

Signature of Attorney

Attorney Bar Code: AM 3830

Form Rule7_1.pdf  SDNY Web 10/2007