UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
VALERIE RUBENSTEIN, individually and on behalf : No. 08-CV-4843 (LTS)
of all others similarly situated,

:   **ORDER**

               Plaintiff,

v.

DEPARTMENT STORES NATIONAL BANK,

               Defendant.
------------------------------- x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: AUG 1 2 2008*

     Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto, it is hereby:

     ORDERED that Keith A. Custis is granted leave to appear pro hac vice in the above action as counsel for defendant Department Stores National Bank.

Dated: August 11, 2008
New York, New York

                                          /s/
                                     United States District Judge

LA 51070666v1