UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

VALERIE RUBENSTEIN, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

DEPARTMENT STORES NATIONAL BANK,

                Defendant.

------------------------------------- x

No. 08-CV-4843 (LTS)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

      Upon the annexed Declaration of Anton F. Mikel, Esq. and the exhibits attached thereto, it is hereby:

      ORDERED that Lisa M. Simonetti is granted leave to appear *pro hac vice* in the above action as counsel for defendant Department Stores National Bank.

Dated: ~~July~~ August 11, 2008
New York, New York

                                       _____
                                       United States District Judge

LA 51070654v1